Catlin v Morabito (2023 NY Slip Op 03144)

Catlin v Morabito

2023 NY Slip Op 03144

Decided on June 9, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 9, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: PERADOTTO, J.P., BANNISTER, MONTOUR, AND GREENWOOD, JJ.

478 CA 22-01323

[*1]ELIZABETH CATLIN, PLAINTIFF-APPELLANT,
v
DAVID MORABITO, DEFENDANT-RESPONDENT. 

SUSSMAN AND ASSOCIATES, GOSHEN (MICHAEL H. SUSSMAN OF COUNSEL), FOR PLAINTIFF-APPELLANT. 
ANDREW G. MORABITO, EAST ROCHESTER, FOR DEFENDANT-RESPONDENT.

 Appeal from an order of the Supreme Court, Monroe County (Sam L. Valleriani, J.), entered July 1, 2022. The order granted defendant's motion to disqualify plaintiff's counsel as the attorney of record. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.
Entered: June 9, 2023
Ann Dillon Flynn
Clerk of the Court